# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

ROBERT LEE HARRIS, JR.,  Case No. 1:12-cv-261
    Petitioner,

                                              Spiegel, J.

    vs.  Bowman, M.J.

WARDEN, SOUTHERN OHIO  **ORDER**
CORRECTIONAL FACILITY,
    Respondent.

    This pro se habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on respondent's motion to strike petitioner's supplemental memorandum in opposition to the motion to dismiss. (Doc. 16). In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's petition be transferred to the Sixth Circuit as a successive petition or, in the alternative, be dismissed on the ground that it is time-barred.

    Petitioner's motion to strike (Doc. 16) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

                                                               *s/ Stephanie K. Bowman*
                                                               Stephanie K. Bowman
                                                               United States Magistrate Judge