# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ROBERT LEE HARRIS, JR.,<br>    Petitioner, | Case No. 1:12-cv-261 |
| | Spiegel, J. |
| vs. | Bowman, M.J. |
| WARDEN, SOUTHERN OHIO<br>CORRECTIONAL FACILITY,<br>    Respondent. | **ORDER** |

This pro se habeas corpus action filed pursuant to 28 U.S.C. § 2254 is before the Court on respondent's motion to strike petitioner's supplemental memorandum in opposition to the motion to dismiss.  (Doc. 16).  In a separate Report and Recommendation issued this date, the undersigned has recommended that petitioner's petition be transferred to the Sixth Circuit as a successive petition or, in the alternative, be dismissed on the ground that it is time-barred.

Petitioner's motion to strike (Doc. 16) is therefore **DENIED** as moot.

**IT IS SO ORDERED.**

      *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge